No. 532. MURPHY v. WILSON, SECRETARY OF DEFENSE, ET AL. United States Court of Appeals for the District of Columbia Circuit. Certiorari denied. *Claude L. Dawson* for petitioner. *Solicitor General Rankin, Assistant Attorney General Doub* and *Paul A. Sweeney* for respondents.

No. 533. KRIVOSKI v. UNITED STATES. Court of Claims. Certiorari denied. *Frederick Bernays Wiener* for petitioner. *Solicitor General Rankin, Assistant Attorney General Doub, Ralph S. Spritzer, Samuel D. Slade* and *Herman Marcuse* for the United States.

No. 537. BILTMORE MUSIC CORP. v. KITTINGER. The motion for leave to file brief of the Authors League of America, Inc., as *amicus curiae,* is granted. Petition for writ of certiorari to the United States Court of Appeals for the Ninth Circuit denied. *Milton A. Rudin* for petitioner. *Almon S. Nelson* for respondent. *Solicitor General Rankin* filed a memorandum for the United States. *Osmond K. Fraenkel* for the Authors League of America, Inc.

No. 550. McKENNA v. UNITED STATES. Court of Claims. Certiorari denied. Petitioner *pro se. Solicitor General Rankin, Assistant Attorney General Doub* and *Paul A. Sweeney* for the United States.

No. 349, Misc. SEFTON v. NEVADA. Supreme Court of Nevada. Certiorari denied. *John W. Bonner* and *Toy R. Gregory* for petitioner.